## Case No. 845.

### BANK OF ALEXANDRIA v. DAVIS.

[1 Cranch, C. C. 262.] [1]

Circuit Court, District of Columbia. Nov. Term, 1805.

PRACTICE—BANK OF ALEXANDRIA—CHARTER.

The Bank of Alexandria is, by its charter,[2] entitled to judgment at the first term.

[See Bank of Alexandria v. Henderson, Case No. 848.]

Writ returnable to this term.

THE COURT, some days ago, appointed yesterday for the trial of this cause under the law incorporating the bank.

Mr. C. Lee hoped that judgment would not be rendered by default until a rule had been laid, or notice given to defendant. The appearance-day is the day after the rising of this court.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

[2] The charter has since been altered in that respect.

The defendant being called, and not appearing, judgment by default was rendered and a writ of inquiry awarded.